# Exhibit A

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 1:35:29 PM
CHRISTOPHER A. PRINE
Clerk

# SETTLEMENT AGREEMENT

CAUSE NO. 12-11-27997-MCVAJA
Style: Maribel Ambriz Martinez, Guadalupe Mota, Dora Perez and Rosa Nelly Trevino
Vs.
Alfredo Gonzalez

DATE OF SETTLEMENT May 27, 2015

The parties have entered into settlement negotiations in the above-styled and numbered cause and have made certain agreements intended to resolve their dispute. They intend to be contractually bound by the following terms and conditions.

The parties contemplate that formal settlement and release documents will be prepared by their attorneys within a short time, and that final judgments and orders for the Court will be submitted when the formal documents are signed and executed.

This settlement agreement, however, is intended to be binding and enforceable upon the parties immediately and agree that the formal documents and final orders of the court will not change the material and essential terms of this agreement. Furthermore, the parties agree that any conflict between this settlement agreement, and the formal settlement and release documents to be prepared shall be resolved by the Court, and that such resolution by the Court of such conflict shall be final and binding on the parties.

TERMS OF SETTLEMENT:

Plaintiffs Maribel Ambriz Martinez and Rosa Nelly Trevino and Defendant, Alfredo Gonzalez, hereby agree to settle all claims and controversies between them in this lawsuit according to the following terms.

Settlement is no admission of liability.

Defendant Alfredo Gonzalez, agrees to pay Plaintiffs, Maribel Ambriz Martinez and Rosa Nelly Trevino the amount of ███████████████████████████ ████████ to be paid within 30 days from the date Plaintiffs provides drafting instructions.

Plaintiffs agree to fully indemnify Defendant and their insurers, affiliates, and assigns from any and all claims by through and under Plaintiffs and will execute a separate standard indemnity agreement.

Plaintiffs agree to release any and all claims and/or liens by through and under Plaintiffs against Defendant, their agents, affiliates, insurers, and assigns and sign an order of dismissal with prejudice.

Plaintiffs agree to defend, indemnify and hold defendants harmless against any and all medical liens. Defendants shall prepare final settlement documents to include customary receipt, release and indemnity language. Plaintiffs agree to protect Medicare's interest both as to any past medical expenses, with a Proof of Lien Satisfaction Letter from Medicare and addressing future medical and any self administered set aside required under Medicare out of the above detailed settlement

1

proceeds. No disbursement of settlement payment can be made by Plaintiffs' counsel until the Medicare Requirement are fully met.

The parties and their attorneys further agree that, except as otherwise required by specific court order, statute, or other binding requirement of law, they will keep confidential any and all settlement negotiations and the amount of settlement. While the parties represent that this agreement would not have been consummated absent the foregoing confidentiality covenants, the parties acknowledge that no portion of the settlement amount represents consideration for the mutual promise to maintain strict confidentiality of the amount of the settlement. Rather, the parties expressly have agreed that each other's reciprocal confidentiality covenant is the sole consideration given in exchange for that of the other.

Each of the parties and their attorneys, by their signatures below declare

(1)     that they have read and understood the terms and conditions of this settlement agreement;
(2)     that they are in full accord with the terms hereof;
(3)     that they have had an opportunity to discuss these terms and their effect upon each of them with their attorneys;
(4)     that they execute this agreement on advice of their respective counsel;
(5)     that they execute this agreement without reservation, freely and voluntarily and with the intent of settling this dispute;
(6)     that they each understand and agree that this agreement is a binding contract that may be enforced against each of them by the Court, and that once signed by their Attorneys this agreement is effective as a Rule 11 agreement upon its filing with the Court; and
(7)     that each party bear their own attorneys fees and costs.

**THE PARTIES FURTHER AGREE THAT THIS AGREEMENT IS MADE IRREVOCABLE BY THEM AND THAT THEY MAY NOT CHANGE THEIR MIND AFTER SIGNING IT. THE AGREEMENT IS SIGNED BECAUSE EACH OF THEIR PARTIES HAVE EXPRESSED THEIR DESIRE TO BE BOUND BY IT. THEREFORE, THE PARTIES ARE ADVISED NOT TO SIGN THIS AGREEMENT UNLESS THEY ARE COMPLETELY IN ACCORD WITH EACH AND EVERY TERM AND CONDITION OF THIS AGREEMENT.**

Dated this 27th day of May, 2015.

_____
Francisco Guerra, IV, Attorney for
Plaintiffs

_____
Michael Miller, Attorney for
Plaintiffs

_____
Maribel Ambriz Martinez, Plaintiff

_____
Carl J. Kolb, Attorney for Defendant

_____
Rosa Nelly Trevino, Plaintiff

Signature of Mediator: _____

2